UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 19-1782, 19-1794,19-1795, 19-1796, 19-1993, 19-1994, 19-1995, 19-1996

_____

NATIONAL LABOR RELATIONS BOARD,

Petitioner (Cross Respondent)

v.

ALARIS HEALTH AT CASTLE HILL,

Respondent (19-1782)
Petitioner (19-1993)

ALARIS HEALTH AT ROCHELLE PARK,

Respondent (19-1794)
Petition (19-1994)

ALARIS HEALTH AT BOULEVARD EAST,

Respondent (19-1795)
Petitioner (19-1995)

ALARIS HEALTH AT HARBORVIEW,

Respondent (19-1796)
Petitioner (19-1996)

_____

Petition for Review and Cross-Application
For Enforcement of an Order of
The National Labor Relations Board
(Nos. 22-CA-125034, 22-CA-125866, 22-CA-140619)
Nos. 22-CA-124968, 22-CA-125899, 22-CA-140560)
(Nos. 22-CA-125076, 22-CA-125866, 22-CA-131372, 22-CA-140582)
(Nos. 22-CA-125023, 22-CA-125882, 22-CA-140591)

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
March 12, 2020

Before: McKEE, AMBRO, and PHIPPS, <u>Circuit Judges</u>

(Opinion filed May 4, 2020)

## <u>ORDER  AMENDING  NOT PRECEDENTIAL  OPINION</u>

AMBRO, <u>Circuit Judge</u>

 IT IS NOW ORDERED that the Motion by Petitioner/Respondent NLRB requesting a correction is hereby granted and the Court's Not Precedential Opinion in the above case filed May 4, 2020, be amended as follows:

 On page 10, first line, replace the word "Union's" with "Board's" so the phrase reads: "we grant the Board's petition".

By the Court,

<u>s/ Thomas L. Ambro</u>
Circuit Judge

Dated: May 12, 2020

kr/cc:  All Counsel of Record